**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                                                                 CASE NO.  93cr03154-03/RV

INAUDI DANGER

**REFERRAL AND ORDER**

Referred to Senior Judge Roger Vinson on January 4, 2006

Motion/Pleadings: Motion/Petitioner's Fed.R.Civ.P. Rule 60(b)(4)(5) to void judgment and remand for resentencing

Filed by Defendant     on 12/23/05     Doc.# 255

RESPONSES:

United States     on 1/4/2006     Doc.# 257

    on     Doc.#

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed    _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Jerry Marbut

LC (1 OR 2)     Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 5th day of January, 2006, that:*

*(a) The relief requested is DENIED.*

*(b) This court has no jurisdiction to consider this motion.*

/s/ *Roger Vinson*

***ROGER VINSON
Senior United States District Judge***