# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                                                                                CASE NO. 3:93cr3154/RV

INAUDI DANGER

## REFERRAL AND ORDER

Referred to Judge Roger Vinson on   May 14, 2009

Motion/Pleadings:  MOTION FOR DOWNWARD DEPARTURE PURSUANT TO TITLE 18 U.S.C. § 3582(C)(1)(i)(ii), and §3553(a)(1)(D)

Filed by  DEFENDANT PRO SE      on  5/1/2009      Doc.#  328

RESPONSES:

BY GOVERNMENT                   on  5/14/2009     Doc.#  329

                                                  on                    Doc.#

____ Stipulated     ____ Joint Pldg.
____ Unopposed   ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

LC (1 OR 2)                                      *s/Mary Maloy*
                                                   Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 28th day of May, 2009, that:*

*(a) The relief requested is DENIED.*

*(b) This Court has no jurisdiction or legal grounds to amend and lower the sentence previously imposed.*

                                                       /s/ *Roger Vinson*

                                                         *ROGER VINSON*
                                     *Senior United States District Judge*